# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1154 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 81 DB 2006 |
| LISA REO JENKINS | : | |
| | : | Attorney Registration No. 51250 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of December, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the petition. *See* Pa.R.D.E. 218(f).